UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
JUL 2 9 2008
JUL 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Efrem Chillis

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C. Smith
Lt. Norwefork 104
J. Miell
Cook County Jail et al.
Cermack

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08cv4284
JUDGE HOLDERMAN
MAG. JUDGE DENLOW

**CHECK ONE ONLY:**

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Efrem Chillis

B. List all aliases: None

C. Prisoner identification number: N-82442

D. Place of present confinement: Logan C.C.

E. Address: Box 1000 62656 Lincoln IL

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: C. Smith

Title: griv. officer

Place of Employment: Cook jail

B. Defendant: Lt. Norwfork

Title: Dept. Admin.

Place of Employment: Cook jail

C. Defendant: J. Miell

Title: Asst Admin.

Place of Employment: Cook jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: ~~[struck through]~~ None

B. Approximate date of filing lawsuit: None

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: None

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): None

F. Name of judge to whom case was assigned: None

G. Basic claim made: None

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): None

I. Approximate date of disposition: None

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was in the county jail when I was thier I develope a whole in my tooth. I put in a sick call slip like they say now my tooth is in pain it was hurting so bad that I couldn't eat or drink water for days. They call me down to the dental and he said that he was putting me in for the oral in Cermack. They was taking a long time I'm in Div 1 we went on lock-down so now they not doing anything now my tooth is hurting so bad the pain went to my head now I can't sleep I'm crying all night so a C.O give me some tylanol out his pocket I don't want to say his name cause he could get fired so I'm not putting him in it

but if he have to be a witness for you officer fisher Div 1 then he told me to put a grievance and I did they denied my grievance and even denied me medication now my tooth is loge deep in my gums. Can you help me I sat in the county 48 days with my tooth Bothering me crying headaces not eating.

Thank-you

put grievance in on 6-18-08

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I will like to be compensate financially for my pain and suffring

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18 day of July, 2008

Efrem CRillio
(Signature of plaintiff or plaintiffs)

Efrem Chillis
(Print name)

(I.D. Number) N-82442

P.O Box 1000

Lincoln, IL 62656
(Address)

6

Revised 9/2007