**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

08cv4284
JUDGE HOLDERMAN
MAG. JUDGE DENLOW

**Plaintiff(s):** EFREM CHILLIS

**Defendant(s):** C. SMITH, et al.

**County of Residence:** LOGAN

**County of Residence:**

**Plaintiff's Address:**
Efrem Chillis
N-82442
Logan - LGN
R.R. 3, P.O. Box 1000
Lincoln, IL 62656

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph Street, Suite 4-200
Chicago, IL 60601

FILED
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** [signature]

**Date:** 7/29/08