

RECEIVED

AUG 2 9 2008
AUG 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**EFREM CHILLIS, et al.,** _____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _08  C  4284._
(To be supplied by the Clerk of this Court)
Honorable JAMES F. HOLDERMAN,
                              Presiding.

**THOMAS DART, SALVADOR GODINEZ,**

**SUPERINTENDENT/DIV.1, C. SMITH,**

**LT.NORWOOD, J. MUELLER, AND/OR**

**OTHER UNNAMED JANE AND/OR JOHN**

**DOES,** _____

_____ **Defendants,** _____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

__XXX__          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
                 **U.S. Code** (state, county, or municipal defendants)

_____          **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
                 **28 SECTION 1331 U.S. Code** (federal defendants)

_____          **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

Revised:  7/20/05

I.    **Plaintiff(s):**

    A.    Name: **EFREM CHILLIS  (REG. NO. N-82442)**

    B.    List all aliases: _____

    C.    Prisoner identification number: **(REG. NO. N-82442)**

    D.    Place of present confinement: **LOGAN C.C.**

    E.    Address: **1096 1350TH STREET/BOX-1000. LINCOLN-IL., 62656.**

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: **THOMAS DART**

        Title: **SHERIFF OF COOK COUNTY**

        Place of Employment: **50 WEST WASHINGTON AVENUE CHGO., IL. 60604.**

    B.    Defendant: **SALVADOR GODINEZ**

        Title: **DIRECTOR OF COOK COUNTY DEPARTMENT OF CORRECTIONS**

        Place of Employment: **2700 SOUTH CALIFORNIA AVENUE CHGO., IL. 60608.**

    C.    Defendant: _____

        Title: **SUPERINTENDENT OF CCDOC/DIVISION-1**

        Place of Employment: **2600 SOUTH CALIFORNIA AVENUE CHGO., IL. 60608.**

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendant(s):

D. Defendant:  C. SMITH

    Title:      GRIEVANCE RESPONDER

    Place of Employment: CCDOC/DIVISION-1  2600 S. CALIFORNIA CHGO.,IL.60608.

E. Defendant:    NORWOOD

    Title:      LIEUTENANT/CCDOC/DIVISION-1

    Place of Employment: 2600 S. CALIFORNIA AVENUE CHGO.,IL. 60608.

F. Defendant: J. MUELLER

    Title:      SOCIAL SERVICES/PROGRAMS/CCDOC/DIVISION-1

    Place of Employment: 2600 S. CALIFORNIA AVENUE CHGO., IL. 60608.

G. Defendant(s): JANE and/or JOHN DOES, all in their individual and
                                      official capacities.
    Title: OFFICERS/SERGEANT/CCDOC/DIVISION-1

    Place of Employment: 2600 S. CALIFORNIA AVENUE CHGO., IL. 60608.


    *PLAINTIFF IS REQUESTING THAT THESE NAMED AND UNNAMED DEFENDANTS
    BE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES AND THAT
    PERSONAL INJURIES OCCURRED.*




                                    2B.

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: __N/A._____

_____

B.   Approximate date of filing lawsuit: __N/A._____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____N/A._____
_____
_____

D.   List all defendants: _____N/A._____
_____
_____
_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A._____

F.   Name of judge to whom case was assigned: _____
_____N/A._____

G.   Basic claim made:_____N/A._____
_____
_____

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____N/A._____
_____
_____

I.   Approximate date of disposition: __N/A._____


**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On 5/07/2008, plaintiff was arrested and having a FTA/WARRANT, went to traffic court and copped out to (50) days, on 5/08/2008.

After coming from court and being situated in Division-5, "I immediately told intake/booking that I have a severe-toothache problem and that it needed prompt attention!" Giving me (2) TYLENOL and telling me that other prescribed medications would follow me to my assigned housing, I sat down and awaited to be taken to Div.1, as told to me by intake/receiving Officers.

Arriving at Division-1, I was told once again to disrobe and put on my birthday-suit or else and having about (16) more detainees also being assigned housing in this Division-1, not to become a spectacle, "already in severe pain" I tried to disrobe as best as I could and as fast as I could, because it appeared all eyes was on me.

Trying to explain my situation and repeatly talking outta-the-sides-of-my-mouth, I was told in direct terms to get with the program or cuff-up, and it won't be to see who you think! Quote, unquote...

Feeling quite intimidated/threatened, I went to the assigned unit and before I could even request/ask the Officer for help, she told me "I'm lucky that my mouth is the only thing hurting cause if I keep this dopefiend bulls--- up, we (indicating her and staff) JG's going to see if an ass-whupping hurts!"

Revised 9/2007

Then, after humiliating me in front of the other (3) detainees whom come from the receiving/intake unit with us, told me to go take my punkass straight to my cell and she(we) best not hear anything else outta my funkyass!

On 5/09/2008, going to court on the PCS, as a result of the FTA, I told my assigned attorney about my severe-toothache pain and though he assured me he would tell the State/Court, not waiting so once I got back, all the while complaining to Social Workers/ Superintendents/Chiefs/anyone I thought was in a position to help me and finally I was told by the Officer and Sergeant, that I was due to be sent to Cermak, but when requested medication/attention for now, I was told to just wait, as they laughed.

On May 12, 2008, having to hustle and bargain in order to get some pain medication for my extreme pain, losing weight, and surprisingly, I was transferred to Division-11, as the very same Officer and Sergeant snickered, as they escorted me into the waiting bullpen. Getting to Division-11 and complaining to the Social Worker, asking to be sent or seen by a medical-technician or Cermak Staff, I was put on a spin-move, until finally the shift changed and relief Officer would pass-the-buck and tell me I needed to have taken care of medical issues on the day-shift and no she wouldn't call her Sergeant and if I keep-it up, she's going to put me in seg!

5

Revised 9/2007

On 5/28/2008, I put a request-slip in to see the Superintendent and I
wrote on these request-slips, kept copies for my record, to have a talk
with the Director, one: Salvador Godinez, and I also put several more
requests to Cermak/marked other.

Still having to fend pain medications for my extreme pain, selling my
foods/cookies for tylenol, ibuprofen and whatever else I could muster,
by now I'm thinking I've made enough noise/requests/letters, so its
only a matter-of-time before I see someone and low and behold, on the
9th of June, 2008, I was mysteriously moved back to Division-1, and
now really getting the runaround, I again filed another grievance,
in the hopes that this one would be treated as an emergency, opposed
to my other grievances being treated as mere requests, in spite of my
constant pain!

On 6/18/2008, my last grievance filed, I was seen by one: Lt. NORWOOD,
whom told me that my request was being referred to the Division Physician,
and if I didn't like-it, I could file an appeal, if I'm still here in
the County Jail, otherwise my issues are going to be moot.

5B.

**V.   Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

~~First and foremost, to have the policies changed regarding
how an inmate/detainee can see a dentist and in emergency situations,
allow him/her to be sent to CERMAK HEALTH SERVICES, for medications/
treatments, to be compensated for~~ my pain and suffering and for the
inferred retailiation, allowed leave to file for class-certification
or consolidation and right to be heard.   ☒ YES   ☐ NO   "Thank-You!"

**VI.**   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief. I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this ___18___ day of ___Aug___ , 20_08_

_Efrem Chillis_
(Signature of plaintiff or plaintiffs)

EFREM CHILLIS
(Print name)

REG. NO. N-82442
(I.D. Number)
LOGAN C.C.

1096  1350TH STREET/BOX-1000

LINCOLN, IL.          62656
(Address)

6                                                  Revised 9/2007

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EFREM CHILLIS, )
Plaintiff, )
)
) Case No. 08 C 4284.
v. )
)
)
SHERIFF OF COOK COUNTY, et al., )
Defendants. )

## PROOF/CERTIFICATE OF SERVICE

TO: Hon. MICHAEL W. DOBBINS          TO: Hon. RICHARD DEVINE

CLERK of U.S. DISTRICT COURT          STATES ATTORNEY/COOK COUNTY

219 SO. DEARBORN STREET          50 WEST WASHINGTON AVENUE

CHGO., IL.          60604          CHGO., IL.          60603

PLEASE TAKE NOTICE that on AUGUST , A.D. , 20 08, I have placed the
documents listed below in the institutional mail at ___LOGAN___ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: (1) ORIGINAL & (2) COPIES OF A COMPLAINT-1983, ALONG WITH
AN INFORMA PAUPERIS PETITION, ALONG WITH SUPPORTING COPIES OF
REQUEST-SLIPS/RESPONSES OF LAST GRIEVANCE AND PROPER PROOF OF
SERVICE, REQUESTING THAT THE CLERK "FILE-STAMP" (1) COPY & RETURN.
"THANK-YOU!"

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: 8/ 18 /2008.

/s/ _Efrem Chillis_
NAME: EFREM CHILLIS
IDOC#: N-82442
LOGAN          Correctional Center
P.O. BOX 1000
LINCOLN          , IL 62656.

Revised Jan 2002

EX.3

**Form 1 (left):**

COOK COUNTY DEPARTMENT OF CORRECTIONS
DETAINEE REQUEST FORM

Please request only one(1)of the following service(s):

- ☐ Write out
- ☐ Superintendent
- ☐ Drug Unit Transfer
- ☐ Trust Fund Balance
- ☐ Board of Ed 17-21 yrs
- ☐ Ged - 21yrs. & over
- ☑ Other/ Director Gaetinez Zahuterich
- ☐ Parole Information
- ☐ Law Library
- ☐ Public Library
- ☐ Mail Information
- ☐ Commissary
- ☐ Chaplain
- ☐ Muslim Services
- ☐ Catholic Services
- ☐ Protestant Services
- ☐ Lutheran Services
- ☐ Baptist Services
- ☐ Jewish Services

Detainee Name: Ellem Chillis
Detainee ID#: 20080032763
Court Date: 5-23-08
Date Submitted: 5.10.08
Division: Div I
Living Unit: D-3-10
Detainee Signature: Ellem Chillis

I Need to see the dental care, my teeth is killing me. Real bad.

Att: Dr. David Fagus / Cermak

Staff Signature: _____
Date Detainee Received: _____ Response/Serviced: _____

REVISED 2/04

**Form 2 (right):**

COOK COUNTY DEPARTMENT OF CORRECTIONS
DETAINEE REQUEST FORM

Please request only one(1)of the following service(s):

- ☐ Write out
- ☐ Superintendent
- ☐ Drug Unit Transfer
- ☐ Trust Fund Balance
- ☐ Board of Ed 17-21 yrs
- ☐ Ged - 21yrs. & over
- ☑ Other/ Dr. David Fagus / Cermak
- ☐ Parole Information
- ☐ Law Library
- ☐ Public Library
- ☐ Mail Information
- ☐ Commissary
- ☐ Chaplain
- ☐ Muslim Services
- ☐ Catholic Services
- ☐ Protestant Services
- ☐ Lutheran Services
- ☐ Baptist Services
- ☐ Jewish Services

Detainee Name: Ellem Chillis
Detainee ID#: Div II
Court Date: 6-17-08
Date Submitted: 5-24-08
Division: Div II
Living Unit: D-O
Detainee Signature: Ellem Chillis

Need to see a dentist. Service between now and my request to see dentist request. Please DR.

Att: Director Gelinez / Ast. Director Kurth

Staff Signature: _____
Date Detainee Received: _____ Response/Serviced: _____

REVISED 2/04