**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG 2 9 2008
AUG 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) **EFREM CHILLIS, et al.,**                    )
                                                                                    )
                                v.                                                 )
                                                                                    )   Case Number: ___08 C 4284._____
                                                                                    )
Defendant(s)                                                                )   Judge **JAMES F. HOLDERMAN**_____
                **SHERIFF OF COOK COUNTY, et al.,**   )
                                                                                    )
                                                                                    )

### MOTION FOR APPOINTMENT OF COUNSEL

1.   I, ___**EFREM CHILLIS**_____, declare that I am the (check appropriate box)
      [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford
      the services of an attorney, and hereby request the Court to appoint counsel to represent me in
      this proceeding.

2.   In support of my motion, I declare that I have made the following attempts to retain counsel to
      represent me in this proceeding:   **Sent several letters out requesting, for**
      **counsel to consider representing me pro-bono and is still awaiting**

      **a response and placed (2) attorneys phone numbers on my phone-list,**
      **however I didn't know that their offices don't accept collect calls.**
3.   In further support of my motion, I declare that (check appropriate box):

[X]   I am not currently, nor previously have been, represented by an attorney appointed by the
        Court in this or any other civil or criminal proceeding before this Court.

[ ]   I am currently, or previously have been, represented by an attorney appointed by this Court in
        the proceeding(s) described on the back of this page.

4.   In further support of my motion, I declare that (check appropriate box):

[X]   I have attached an original Application to Proceed In Forma Pauperis in the proceeding
        detailing my financial status.

[ ]   I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is
        a true and correct representation of my financial status.

[ ]   I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; how
        ever, my financial status has changed and I have attached an amended Application to Proceed
        In Forma Pauperis to reflect my current financial status.

5.   I declare under penalty that the foregoing is true and correct.

_____
Movant's Signature

___**BOX-1000 LOGAN C.C.**_____
Street Address

___**LINCOLN, IL.    62656**_____
City/State/Zip

Date: ___**8-18-08**___

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |