**DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED BELOW:**

☐     **TOO VOLUMINOUS**

☐     **TRANSCRIPT**

☐     **QUALITY NOT LEGIBLE**

☐     **FONT TOO SMALL**

☐     **PHOTOGRAPHS**

☐     **OTHER** _____

**TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE CLERK'S OFFICE. THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. TO 4:30 PM. MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS. TO OBTAIN A COPY YOU CAN CALL THE CLERK'S OFFICE SERVICE CENTER AT 312-435-5699.**

Case 1:08-cv-04244 Document 82 Filed 08/29/2008 Page 1 of 1